(July 10, 1967)

■ MIRIAM ABRAHAM, Respondent, v. NORMAN ABRAHAM, Appellant.—

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.